```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                   :
                                   :
                                   :
                                   :
UNITED STATES OF AMERICA,          :    CRIMINAL NUMBER: 98-703-01
                                   :
                                   :
        v.                         :    O R D E R
                                   :
                                   :
                                   :
JAMES I. PECK, IV.                 :
                                   :
                                   :
                                   :
```

The defendant has filed a motion seeking an early termination of Probation,

It is on the day 10th of MARCH, 2010

ORDERED that defendant's motion for an early termination of Probation is hereby denied.

                                           S/Joseph A. Greenaway, Jr.
                                           JOSEPH A. GREENAWAY, JR. USCJ.*

                                               *sitting by designation